Dear Judge Byron,

Thank you for taking the time to read this letter. First, let me apologize for taking up your time, and the Court's time with my case. I hope this letter will give you some insight as to who I am, and how I became entangled in a cycle of destructive behavior that led me to this point.

I have pled guilty to the charges against me because I am guilty, and I wish to spare my victims and my family the pain of a trial, when there is no reason to deny my mistakes and cause any more pain with my actions.

Several years ago I lost my job, due to downsizing at the hospital I was working at. Overnight I went from being the go to person in the department, being told I was an excellent tech and was being considered to run a new outpatient facility, to being told today is your last day, and being escorted out of the building by security. After a few months of searching, I was able to land a teaching position filling in for an xray instructor, who had been called away on a corporate assignment. But when he returned seven months later, I was no longer needed. I had lost my job twice inside a year, and I was

Unable to find another job in my field
for months, which turned into years. The
longer I remained unemployed, the lower
my self esteem sunk. Because of the loss
of my income, my wife was forced to work
more hours to make up for it, which put a
strain on our marriage, and built up resentments
between us.

Then a business opportunity presented itself.
The husband of one of my wife's friends
had joined a business venture, and in a
little over six months, had made back
his investment, and started to make a
profit. After being shown financial records
that indicated that I would be making
$80,000 a year, my wife and I decided
to join the business, and invested money from
our savings. The owner told me to try it for
a year, and if I wasn't happy, he would
return our money. I was at the business six
days a week struggling. After a year and
a half, I told the owner that I was unhappy
and wanted my money back, but he refused
to honor our agreement. And since I had no
written contract, I had no way to prove what
he had promised me. Being naive in business

had left me swindled out of $70,000,
and I again found myself unemployed.
    Shortly after this failed business venture,
I got a call from my best friend's wife.
She told me he was suffering from leukemia.
Andre had been my childhood playmate,
my protector, and my confidant since the
fifth grade. He was strong as an ox, could
lift me over his head with one arm, and
could carry an air conditioner up a flight
of stairs and put it in a window by
himself, and now he was so weak he
couldn't even dress himself. Before I could
make arrangements to travel to Pennsylvania
to visit him, he succumbed to the cancer
and passed away. I was numb. Over ther
course of five years, I had lost my job
twice, had lost $70,000 in a failed business
venture, and lost my best friend to cancer.
I put on a brave face, like everything was
ok, but I was empty inside. It was during
this time that I started down the wrong
path that led me to where I am today.
Looking back now, I definitely would have
benefitted from mental health counseling
and marriage counseling after all the

depression sunk in. But sadly, I did not seek the help I so desparately needed.

Searching for a job, especially in a specific field, is very different in the computer age, than it once was. There is no going out and hitting the pavement. Everything is online, and a company won't even let you apply unless there is an open position posted. It's very efficient, takes little time each day, and leaves someone who is unemployed with lots of free time on their hands. They say idle hands are the devil's worshop, and in my case they certainly were. I spent all day on my laptop looking at all sorts of porn sites; everything imaginable at your fingertips was available at the click of a mouse. I came across a site called Omegle. You could see and talk to random strangers. I started going on omegle and soon realized it was deffinitely for teens and twenties. If I was going to use it to talk to people, I would have to pose as a young person. At first I just wanted to see if it would work.

~~to see if it would work.~~ I never thought
that any girl would talk to me for more than
a few minutes, but some did. I talked with
many different girls and had in depth
conversations about anything and everything.
Some I would talk to every day, sometimes
for months. With the anonymity of the
internet, and a judgement free atmosphere,
they would share their inner most secrets;
and I found it intoxicating. But as with
most intoxicants, as time goes by, you need
more to maintain the same level of
intoxication, and I began a downward
spiral into riskier and riskier behavior. I
got caught up in this fantasy life online,
and the lines between right and wrong
were completely blurred out in my mind.
When I was away from my laptop, I
would tell myself what I was doing was
wrong and I should stop this compulsive
behavior. I tried several times to stop.
It would last a few days, even a few weeks.
But I found myself constantly thinking
about the conversations, craving the connection
and self esteem boost they provided, to be
engaged in such intimate conversations, and

I would sink back into the same pattern of behavior. I constantly had my laptop open, and I would wait for the next message to come in. From the moment I woke up, to the moment I fell asleep at night, my mind was constantly consumed by these conversations.

After my arrest, a year ago now, I realize that these conversations were deceptive, and that these teens were being victimized by my selfish, self destructive behavior. I'm very sorry for my actions, and I would like to receive further counseling and treatment, as I discussed with Dr. Orozco. I wish I had recognized how depressed I was before I turned to the internet for consolation. It is important to note that I never, and would never meet any of these girls. It was texting only. That is a boundary I would never cross, both for obvious moral reasons, and I never wanted to jeopardize my marriage or my family life; which have both been destroyed by my arrest, and the exposure of my actions. Some aspects of my conversations with the victims focused on school and

homework. I tried to build them up and be as supportive as possible, several times helping with homework assignments. I discouraged them from smoking/vaping or doing drugs. I know my thoughts were irrational, but I point this out to show that I really thought about these girls' wellbeing and never had any intent to harm anyone.

I was brought up by two loving caring parents in a household where I was taught hard work and education were the keys to being successful in life, and I have always tried to live up to ideals. Before I moved to Florida, I was a canter and a leader of the Saturday evening choir at the church I was brought up in. I have spent the majority of my adult life taking care of the sick and injured of the central florida community, at several area hospitals. I have also served as a classroom teacher and clinical instructor, teaching and mentoring xray students, making sure they received the same quality education that I received. I am a patriotic American who is very civic minded, and take my civic

duties very seriously. I have eagerly
attended jury duty when called upon,
and even had the honor of serving on
a jury in a criminal case. I also have
voted in every presidential and midterm
election, since I was old enough to vote.
I have volunteered countless hours of my
time at the local community theatre
both ushering, building sets, and acting.
I've given my nephew the start up money
he needed for his first apartment. When
we have family reunions for a wedding or
event I rent a vehicle large enough so I
can shuttle around my siblings to travel
together. I have given my blind friend
rides to rehearsals and medical appointments,
and helped him with his business, so
that he can have a sense of self-worth.
Since being in jail, I have shared my
food every day with my cellmates who
can't afford commissary. Since my arrest,
I have made sure all my debts were paid
off, and made sure my brother got the
$20,400 cashier's check from the proceeds
of the sale of my home to pay the special
assessment in this case, and I will pay

whatever restitution is ordered in the
same way. I say these things not to
blow my own horn, but to point out
that at my core, I am a good person
who went down the wrong path, and
I would like the chance to redeem myself.
  I have tried my best to be an asset
to the community in which I live. With
the exception of my current charges, I
have lived a responsible, productive life,
helping and bringing out the best in people.
I am proud to have helped raise a son
who is now a certified financial planner
for Truist Wealth, and is now become a
responsible member of society.
  Throughout my life, I have always tried
my best to do good, and bring joy to those
around me. I admit to my crimes, and
to causing pain to many, even though it was
never my intention to do so, and for that
I am truly and sincerely sorry. If I could
take every bit of it back I would. But
all I can do now is to try to take responsibility
for my actions, and commit to a positive
future, and that is what I intend to do.
I have offered to cooperate with the government

in identifying additional victims, and
offered them to assume my online accounts
in an effort to contact other child
predators. I have offered to proffer in
this case to answer any questions I can
to assist the government.
    I take full responsibility for my actions,
and I deserve to be punished. However,
I ask your Honor to consider also the good
I have done in my life so far, and the
potential to do further good with whatever
time I have left. I fully intend to take
advantage of all the sex offender counseling
and therapy available, to learn positive
coping strategies for depression, which
would have prevented me from ever
making these bad choices. I know that
a sentence of 15 years is more than
enough time to ensure I take advantage
of all the programs available, and never
make the same mistakes again. I can
guarantee your Honor that I will never
engage in any illegal activity in my
life again.

I have faith that you will be fair and merciful in considering the length of my sentence, and leave me enough of my life to do the good I know I am capable of doing, and to rectify my relationship with my son and my family.

Sincerely,

Charles W. Maitski

September 13, 2025

The Honorable Judge Byron

Honorable Judge Byron:

My name is Frank Maitski and I am the brother of Charles Maitski. I am a retired Civil Engineer with over 30 years experience in local government in the water utility industry. I am also Board President of the North Santa Clara Resource Conservation District, a local public agency with a mission of preserving natural resources.

I was shocked when I heard what my brother had done since it seemed so out of character with the person I know. Although we live on opposite sides of the country, we would see each other during major family events and when traveling. Charles was always a solid family man attending each family milestone. The last time I was in Florida was for his son's high school graduation where he hosted a party for family and friends.

Charles always did the big and little things to turn his house into a home. He was always involved in some home project or another. Once when I visited, I helped in his conversion of the screened patio into an indoor living space.

Charles is also very artistic. He always seemed to be involved in some community theatre performance. He is also very talented in drawing, which he often did while growing up. The last time we were together at my daughter's wedding, he taught us how to pose in different ways to make the pictures come out better.

My 97-year old father recently passed away, and for the past 5 years my three other siblings were responsible for his daily care. Both Charles and I would visit from time to time to give them a break and do our share. Charles would also do home improvement projects in addition to helping my dad. The latest was painting a bedroom after some water damage was repaired.

Since retiring, I spent a year on our County's Civil Grand Jury where we were responsible for investigating local public agencies and preparing findings and recommendations. I also spent a year on the City of San Jose's Charter Review Commission where we provided recommendations to amend the charter on a number of topics such as a strong mayor versus city manager type of government, and a police review commission. In each of these efforts, and in my working career, I did my best to determine what was in the best interest in the community.

I have been thinking about this situation from the same perspective. What my brother did was awful and he needs to be held accountable. I understand he will be in prison until at least age 75 and will then have to register as a sex offender with the inherent impact on employment and day to day living in a community. This punishment is not by any means insignificant and, from this layman's perspective, it is hard to see how the

community's interest is any better served by releasing him at age 80 or 90 or never at all. There are diminishing returns to the community for an extended prison term.

I know my brother has learned his lesson and deep down is a good person. I request leniency in his case.


Sincerely, Frank Maitski

951 Woodthrush Ct.

San Jose, CA. 95120

fmaitski1@att.net

Phone (408) 693-1036

This a letter of support for Charles Maitski

We were raised Catholic and went to church every Sunday.  I am the oldest, Chuck is the youngest.
Chuck had a normal childhood, trying different things along the way.  By the time he was in junior high
he became interested in chorus and musical theater.  He was fun-loving and empathetic.  In fact, he and
his friends protected a girl they knew from being bullied because of a physical handicap.  He ended
becoming good friends with her.  Sadly, she didn't survive to adulthood.

Chuck graduated from Penn State with a business degree, then went back and trained as a radiology
technician.  He moved to Florida for a job and began to build a good life there.  He married a
wonderful woman and they have raised a fine son.  They had a nice house and were able to travel.
They were downsizing and were looking to retire soon.

Chuck had befriended a man who was legally blind and helped get him where he needed to go.
When they came to visit he always asked our parents if they had any projects to do.  He painted, put a
ramp in the garage for easier access and put up a new mailbox post to list a few.  Whatever dark side he
has he hid well.  What he did was so very wrong and, of course he needs to atone for his actions with
the law and with the Church.  However, he is my brother and I cannot totally abandon him.  I'm here to
help him in any way I can. I hope you will show mercy and let him prove he can return to a law abiding
life.

Thank you for giving me the opportunity to voice my concerns.

Marie E. Faust

Honorable Judge Byron

Your Honor,

I'm writing to you today in the support of my brother Charles Maitski or as we call him Chuck.  This is a letter I never thought I would have to write.  Chuck has never been in trouble before in his life.  Indeed he has always been a kind, caring individual.

I believe I'm closer to this case than any of my siblings.  Since his arrest in January, I've been taking care of his affairs.  It's afforded me the opportunity to look closely at his life.  I discovered things that I never knew before.  I was unaware of the deep depression he was in after he lost his job and his best friend died.  He had a very close relationship with his wife and son. Those relationships are now broken.

Chuck was always a good husband and father.  His wife discussed with me how they never even had a serious fight.  She is saddened and distraught at this situation.  He was a stay at home father for five years.  His son Alex and he had a very close relationship.  They weren't only father and son but also friends.

Chuck also had a close relationship with our immediate family.  He would often take his vacation time to help with our aging parents.  He would help with repairs around the house.  Our father in later years needed 24/7 support.  Chuck would come home to give us a break and care for him.  Dad unfortunately passed away in June.  Unfortunately, because of his circumstances, Chuck was unable to attend the funeral.

Chuck was also very active in the community.  He acted in musicals and mentored other actors.  He befriended a legally blind man.  He would make sure Brian had an active life.  He even took him golfing.

I realize that Chuck has to pay for what he did.  No one can excuse what he did.  I often wonder if he were able to reach out to me about his frustration and depression that

he might not needed another outlet.  Having been in contact with him on a frequent basis, I know that he is very remorseful for what he did.

       If you could find it in your heart not to give him a sentence beyond 15 years I would be forever thankful.  I promise to give him all the support he needs.  When he pays his debt, he can live with me. I hope we can spend our old age together, and he can reconcile with his son.  Thank you for your time and attention in this matter.

Sincerely yours,

Tom Maitski

Dear Judge Byron,

I am writing this letter because you need to know that my brother Chuck is a good man.  Yes,  he made some very bad choices, for which he is remorseful and is paying the price.  But, besides this, he was always a law abiding citizen.

The brother I grew up with, and the man I know, was always a loving brother, devoted husband, and father.  I can clearly remember the day he announced to all of us during a family picnic in Pennsylvania that he and his wife, Maria, were expecting their first child.  He looked at Maria with such love and tenderness; his heart bursting with joy.  Their son, Alex, was the love of their lives.  Chuck and Alex shared a very special father/son bond.  They laughed and played together all the time.  During Alex's high school years Alex played the saxophone.  When Chuck and I would talk on the phone he would tell me all about Alex's accomplishments with grades in school and having saxophone solos at school concerts.  I could hear how very proud he was of his son.

Chuck was always kind to people, even way back in high school.  There was a girl who lived in our neighborhood who had a disease at birth that left her with some physical deformities.  Some high schoolers were particularly cruel to her.  But not Chuck.  He befriended her and tried to protect her from the taunts as much as he could, helping to build up her self esteem.  Unfortunately, she was called from this life when still a young girl.  But, I firmly believe that Chuck's friendship and kindness made her short life much better and by having such a kind friend.

Chuck was a good son to our parents.  He made a point of calling my parents often.  He also visited Pennsylvania at least once every year.  My parents always looked forward to Chuck, Maria and Alex visiting.  We would all get together and have a blast, just doing simple things like playing dominoes sitting around the kitchen table.  We've always cherished the beauty of family.  Soon after my mom died in 2019, at age 90, my dad started needing more and more help.  One summer Chuck used a week of his vacation time to come to Pennsylvania to care for my dad around the clock.  He also helped repair and paint the ceiling in a bedroom that had a roof leak for my dad.  He tried to make my dad's final years of life easier and called even more frequently to keep in touch. He was with my dad taking care of him in Pennsylvania when this case came up.

I wish I had known that Chuck was keeping so much bottled up inside himself and was depressed. We come from a family where no one really talked about therapy or depression.  Please have mercy on him.  The Chuck I know needs treatment, counseling, and a chance to repair his relationships with family.  I know deep down Chuck is still the good man we have known over the years.  He is sorry for what he has done and would never offend again.  He does not need a lifetime in jail, but instead a chance to show he will fix his ways and repair things.  He is not a hardened criminal - he is a man who lost his way.

Sincerely, from the heart,
Patty Barr ( Chuck's sister)

Mpbarr57@gmail.com







**PHYS ORG**

# We asked catfish why they trick people online—it's not about money

July 26 2018, by Eric Vanman



Credit: Unsplash/CC0 Public Domain

If you have engaged with internet culture at all in recent years, you have probably come across the term "catfish", first coined in the 2010 documentary of the same name.

PHYS ORG

A catfish is someone who uses false information to cultivate a persona online that does not represent their true identity. This commonly involves using stolen or edited photos, usually taken from an unwitting third party.

Catfish will use this information to create a more appealing version of themselves, then engage in continued one-on-one interactions with another person (or people) who are unaware of the deception.

## Falling prey to catfish

In the 2010 documentary, Nev Schulman learns that a woman with whom he has developed an online relationship over nine months is actually fake. Another married woman (who originally claimed to be her mother) has used pictures from a model's account to create the complicated, phoney relationship.

There have been several high-profile cases of catfishing reported in the media since then.

Singer Casey Donovan, in her 2014 memoir, wrote about a six-year relationship that turned out to be fake – in her case, the catfish even lied about her gender.

In 2011, NBA star Chris Andersen became embroiled in a catfishing scandal that ended in prison time for the catfish.

Then there is the popular MTV reality docuseries, hosted by catfish victim Nev Schulman himself. It is currently in its seventh season of "[taking] online romances into the real world".

## A complicated problem

2/6

**PHYS ORG**

Since 2016, the Australian Competition and Consumer Commission (ACCC) has collected and published data on dating and romance scams.

Its website provides detailed statistics of reported romance fraud in Australia, yet there is little information available about social catfishing – deception in the absence of financial fraud. There are also questions about the legality of impersonating someone who does not exist.

Until these issues are resolved, there is no clear avenue to pursue for victims of social catfish. Victims may remain unaware of the deception for months or years – another reason catfishing often goes unreported – making it even harder to quantify.

## The personality traits of catfish scammers

As smartphones and connected devices become ever more pervasive, the chances of falling victim to deception are increasing along with our screen time.

But what sort of person becomes a social catfish?

We have begun psychological research to investigate this question. In the past year we have recruited 27 people from around the world who self-identified as catfish for online interviews.

The interviews focused mainly on their motivations and feelings about their catfishing behaviour. Some of our key findings included:

Loneliness was mentioned by 41% of the respondents as the reason for their catfishing. One respondent said: "I just wanted to be more popular and make friends that could talk to me, some part of the day."

Others claimed that a lonely childhood and ongoing struggles with social

**PHYS ORG**

connection were contributing factors.

Dissatisfaction with their physical appearance was also a common theme, represented in around one-third of responses: "I had lots of self-esteem problems … I actually consider myself ugly and unattractive … The only way I have had relationships has been online and with a false identity. "

Another respondent said: "If I try to send my real, unedited pictures to anyone that seems nice, they stop responding to me. It's a form of escapism, or a way of testing what life would be like if you were the same person but more physically attractive."

Some reported using false identities or personas to explore their sexuality or gender identity. For example: "I was catfishing women because I am attracted to women but have never acted on it … I pretend to be a man as I would prefer to be in the male role of a heterosexual relationship than a female in a homosexual relationship."

More than two-thirds of responses mentioned a desire to escape: "It could seem magical, being able to escape your insecurities … But in the end, it only worsens them."

Many reported feelings of guilt and self-loathing around their deceptive behaviour: "It's hard to stop the addiction. Reality hit, and I felt like a shitty human."

More than one-third of participants expressed a desire to confess to their victims, and some had continued relations with them even after coming clean.

Somewhat surprisingly, around a quarter of respondents said they began catfishing out of practicality, or because of some outside circumstance.

**PHYS** ❖ **ORG**

One said: "Being too young for a website or game meant I had to lie about my age to people, resulting in building a complete persona."

## No simple solution

What does it take to become a catfish, and how should we deal with this growing problem? Unsurprisingly, our initial research suggests that there's no simple answer.

Social catfishing seems to provide an outlet for the expression of many different desires and urges. Although not yet officially a crime, it is never a victimless act.

As we move further online each year, the burden of harmful online behaviour becomes greater to society, and a better understanding of the issues are needed if we are to minimise harm in the future. From our small survey, it appears that catfish themselves aren't universally malicious.

Psychologist Jean Twenge has argued that the post-millenial generation is growing up with smartphones in hand at an early age and are thus spending more time in the relatively "safe" online world than in real-life interactions, especially compared with previous generations.

Catfishing will likely become a more common side-effect for this generation in particular.

The next phase of our research is to learn what we can do to help both victims and the catfish themselves. We hope to recruit at least 120 people who have catfished so that we can develop a more thorough picture of their personalities. If you have been a catfish, or know someone who has, please contact us to participate in our research.

5/6

**PHYS ORG**

This article was originally published on The Conversation. Read the
original article.

Provided by The Conversation

Citation: We asked catfish why they trick people online—it's not about money (2018, July 26)
retrieved 8 October 2025 from
https://phys.org/news/2018-07-catfish-people-onlineit-money.html

This document is subject to copyright. Apart from any fair dealing for the purpose of private
study or research, no part may be reproduced without the written permission. The content is
provided for information purposes only.